**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 13 CV 3401 PAM/SER**

| | |
|---|---|
| William T. Anderson ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **MOTION TO DISMISS PLAINTIFF'S** |
| ) | **COMPLAINT PURSUANT TO 12(b)(6)** |
| American Accounts & Advisers, Inc., ) | |
| and John Doe, ) | |
| Defendants. ) | |

___

Defendant American Accounts & Advisers, Inc., hereby moves the Court for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for judgment in its favor due to Plaintiff's failure to state a claim upon which relief can be granted. This motion is based upon all of the files, records and proceedings herein, and the memorandum of law and supporting declaration.

MALACKO LAW OFFICE

Dated: June 24, 2014

*s/ Richard J. Malacko*
Richard J. Malacko 184421
Attorney for Defendants
7449 80th Street South
P.O. Box 135
Cottage Grove, MN 55016
Telephone: 651 340-0488
Facsimile: 651 340-0542
rick@malackolaw.com