# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO.: 13 CV 3401 PAM/SER

| | |
|---|---|
| William T. Anderson, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) **SWORN DECLARATION OF** |
| | ) **RICHARD J. MALACKO** |
| American Accounts & Advisers, Inc., | ) |
| and John Doe, | ) |
| | ) |
| | ) |
|     Defendants. | ) |

## SWORN DECLARATION

I, Richard J. Malacko, declare under penalty of perjury as follows:

1. I am the attorney for the Defendants in the above referenced matter.

2. Attached to this sworn declaration is an email from Cynthia Blank, Minnesota Department of Commerce, verifying that Derek Lander was licensed as a debt collector on December 11, 2012.

3. I spoke with Ms. Blank on June 20, 2014 and was advised that this licensing information is a matter of public record and is available to the general public.

MALACKO LAW OFFICE

Dated: June 24, 2014                */s/ Richard J. Malacko*_____
                                                             Richard J. Malacko 184421