

Richard Malacko <rmalacko@gmail.com>

## FW: License request

2 messages

**Phil Fahey** <pfahey@amaccts.com>   Mon, Jun 16, 2014 at 3:19 PM
To: Richard Malacko | Malacko Law <rick@malackolaw.com>
Cc: bmcgroarty <bmcgroarty@amaccts.com>

**From:** Blank, Cindy (COMM) [mailto:cynthia.blank@state.mn.us]
**Sent:** Monday, June 16, 2014 2:59 PM
**To:** pfahey@amaccts.com
**Subject:** RE: License request

Derek Lander was licensed as a debt collector on December 11, 2012.

Thank you,

**Cynthia Blank**

State Program Administrator

Minnesota Department of Commerce

85 7th Place East, Suite 500, Saint Paul, MN 55101

P: 651-539-1586



CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual(s) named above. Information in this e-mail or any attachment may be confidential or otherwise protected from disclosure by state or federal law. Any unauthorized use, dissemination, or copying of this message is prohibited. If you are not the intended recipient, please refrain from reading this e-mail or any attachments and notify the sender immediately. Please destroy all copies of this communication.