## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
## COURT FILE NO.: 13 CV 3401 PAM/SER

| | |
|---|---|
| William T. Anderson, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | **DEFENDANTS' NOTICE** |
| ) | **THAT NO REPLY WILL** |
| American Accounts & Advisers, Inc., ) | **BE FILED** |
| and John Doe, ) | |
| ) | |
| Defendants. ) | |
| ) | |

_____

Oral argument is scheduled for August 14, 2014.  Plaintiff's opposition memorandum was due 21 days before the hearing (July 24, 2014).  Plaintiff has not filed any opposition documents.  Defendants' reply memorandum is due today (July 31, 2014).  Defendants will not be filing a reply memorandum.

MALACKO LAW OFFICE

Dated: July 31, 2014

*s/ Richard J. Malacko*
Richard J. Malacko 184421
Attorney for Defendants
7449 80th Street South
P.O. Box 135
Cottage Grove, MN 55016
651 340-0488 (telephone)
651 340-0542 (facsimile)
rick@malackolaw.com